

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-16-00109-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI01910
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After we granted Appellee's first motion for extension of time to file the brief, Appellee's brief was due on April 18, 2016.  *See* TEX. R. APP. P. 38.6(b), (d).  The day after the brief was due, Appellee filed the brief and an unopposed second motion for extension of time.

Appellee's motion for a one-day extension of time to file the brief is GRANTED. Appellee's brief is deemed timely filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

Keith E. Hottle
Clerk of Court